**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6565 W. Sunset Blvd., Ste. 410
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
DAVID WEISBERG

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEISBERG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br>　　　vs. <br><br> HORIZON SOLAR POWER, INC., <br><br> Defendant. | Case No. 5:15-cv-00361-VAP-KK <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> **[Fed. R. Civ. P. 41(a)(1)(A)(i)]** |

///

///

///

NOW COMES Plaintiff, DAVID WEISBERG ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action.  Plaintiff dismisses his individual claims *with* prejudice and the putative class claims *without* prejudice.

Date: March 19, 2015                    **MARTIN & BONTRAGER, APC**

                                        By:*/s/ Nicholas J. Bontrager*
                                        Nicholas J. Bontrager
                                        Attorneys for Plaintiff